A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 21, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 21, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

SEP 27 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
Thomas O. Morris v. Crown Cork & Seal Co., Inc.,
et al., N.D. California, C.A. No. 3:10-3468

MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Morris*) on September 1, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Morris* on September 16, 2010. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on September 17, 2010. The Panel has now been advised that *Morris* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Richard Seeborg in an order filed on September 17, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-339" filed on September 1, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9-22-2010
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA